## Michele STERRETT, Petitioner,

v.

## DEPARTMENT OF THE NAVY, Respondent.

### No. 2011–3210.

United States Court of Appeals, Federal Circuit.

June 14, 2012.

Lloyd Edward Tooks, Attorney at Law, of San Diego, CA, argued for petitioner.

Shelley D. Weger, Trial Attorney, Commercial Litigation Branch, Civil Division United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Martin F. Hockey, Assistant Director, and Jane W. Vanneman, Senior Trial Counsel. Of counsel on the brief was Dale S. Birdoff, Office of Counsel, Naval Sea Systems Command, United States Department of the Navy, of Washington, DC.

LOURIE, DYK, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.